February 13, 1975.

M. P. No. 74-21. CITY OF CRANSTON *v.* ALFRED CARPIONATO *et al.* Motion of respondent, Rose Montaquila, for a priority hearing is granted. The matter is assigned to the calendar for March 7, 1975 for oral argument. Paolino, J. not participating. *Peter Palombo, Jr.,* City Solicitor, for petitioner. *Tillinghast,*

*Collins & Graham, James A. Jackson,* for Alfred Carpionato and Louis Carpionato & Son Co. *Hinckley, Allen, Salisbury & Parsons, Stephen J. Carlotti,* for John Montaquila and Rose Montaquila, respondents.